UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

V.                                                                          **NOTICE OF CONTINUATION**

YANIV L. SCHULMAN                                            3:08-PO-00083-86

TAKE NOTICE that the proceeding in this case has been continued as indicated below:

U.S. Courthouse
255 West Main Street  - Room 326
Charlottesville, VA 22902

**Date and time previously scheduled**:      July 10, 2008 at 10:00 a.m.

**Continued to - Date and Time:**                August 14, 2008 at 10:00 a.m.

June 25, 2008

JOHN F. CORCORAN, CLERK

By: _____
Supervisory Deputy Clerk

cc:   United States Attorney
      Ranger Matt Richardson

*\* requested by defendant*